UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-00117-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL A. LOMAS | ) | |
| | ) | |

This matter is before the court on defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, based on his age, multiple serious health conditions, the COVID-19 pandemic, and the length of time he has been incarcerated. (DE # 604.) He requests that his term of imprisonment be reduced to time served and home confinement be added as a special condition of his supervised release term. (Id. at 1.) The government filed a response stating, in relevant part, it "does not oppose his motion and concurs with his request to serve the remainder of his sentence in home confinement with his daughter under the supervision of the United States Probation Office for the Eastern District of Washington." (DE # 609, at 1.)

For the reasons stated in defendant's motion and the government's response, defendant's motion is ALLOWED. Defendant's sentence of imprisonment as reflected in the judgment dated 9 May 2008 is REDUCED to time served. Defendant's conditions of supervision in that judgment are MODIFIED by the addition of the following:

> The defendant shall abide by all conditions and terms of the home detention program for a period of three years. The defendant shall reside with his daughter in the Eastern District of Washington. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation

officer.

All other provisions of the judgment dated 9 May 2008 and the restitution order dated 8 October 2008 shall remain in effect.

If defendant is able provide his own transportation, the Bureau of Prisons shall release him immediately or as soon as such transportation is available. Otherwise, the Bureau of Prisons may delay defendant's release up to 14 days for quarantine and/or administrative reasons.

This 1 March 2021.

_____
W. Earl Britt
Senior U.S. District Judge